ABD/USAO#TBD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 19 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. GLR-19-0306 |
| v. | * | |
| | * | (Attempted Enticement of a Minor, |
| JAMES MORRIS, JR., | * | 18 U.SC. § 2422(b)) |
| Defendant | * | |
| | * | |

*******

## INFORMATION

### COUNT ONE
### (Attempted Enticement of a Minor)

The United States Attorney for the District of Maryland charges that:

Beginning on or about November 3, 2017, and continuing thereafter until on or about November 6, 2017, in the District of Maryland, the defendant,

**JAMES MORRIS, JR.,**

did attempt, using the mail and any facility and means of interstate and foreign commerce, to wit: electronic mail communication, to knowingly persuade, induce, entice and coerce any individual who has not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, to wit: Production of Child Pornography, in violation of 18 U.S.C. § 2251(a).

18 U.S.C. § 2422(b)

_Robert K. Hur_ /AB*D*
Robert K. Hur
United States Attorney